## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Karonisha Ramsey

                Plaintiff,

v.

Sgt. John Poulos, et al.

                Defendant.

Case No.: 1:16–cv–10913
Honorable Manish S. Shah

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 5, 2019:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Any inspection of the firearm at issue must be completed by 10/4/19. Plaintiff's expert disclosures are due 11/4/19. Depositions of plaintiff's experts shall be completed by 11/25/19. Defendants' expert disclosures are due 12/30/19. Depositions of defendants' experts must be completed by 1/21/20. No rebuttal expert discovery permitted. The parties may submit an agreed proposed order authorizing the experts to handle the firearm at issue to proposed_order_shah@ilnd.uscourts.gov. The parties may contact susan_mcclintic@ilnd.uscourts.gov for a settlement referral. Trial schedule remains as set [106]. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.