Case No. 1:2016cv10913

Report

Of

30 December 2019
In the matter of

Karonisha Ramsey v. Sergeant John Poulos and City of Chicago

Prepared for

Brian P. Gainer
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60606

By
Lannie G. Emanuel
Forensic Firearm and Toolmark Examiner
Double Oak, Texas 75077

## Introduction

I have been retained by Attorney Brain P. Gainer to review a shooting incident involving Kajuan Raye that took place at 6507 Marshfield Ave., a vacant lot adjacent 6509 Marshfield Ave., Chicago, Illinois, on 23 November 2016. This evidence was originally submitted to and examined by Tracy Konior, Robert A. Dubbert, Jennifer Barrett and Ellen Chapman of the Illinois State Police, Forensic Science Center at Chicago. The following items were submitted for review.

    ATF Firearms Trace POULOS 1721-1723
    Call Log FCRL 8151
    Civ Off of Pol Acc Sum Rpt 23 Apr 2019 Sydney Roberts FCRL 043993 – 44040
    CPD Crime Scene Processing Rpt FCRL 7051
    CPD FA Chain Of Custody FCRL 1434-1437
    CPD Firearms Receipt FCRL 7141
    CPD Property Inv FCRL 1429-1430
    CPD Property Inv POULOS 1587-1588

Forensic Firearm Report<br>Lannie G. Emanuel

CPD Search for ISP Test Results FCRL 1444-1445
CW40 Parts List FCRL 7268-7274
DNA Request POULOS 1831
Evi Bags FCRL 12523 – 12539
Evi Receipt CPD FCRL 7393-7394
Evi Receipt ISP FCRL 10909
FA Entry Form Tracy Konior FCRL 7396
FA Evi Sub Form KURYLOWICZ, ANNMARIE FCRL 8157
FA Evi Sub Form KURYLOWICZ, ANNMARIE FCRL 10910
FA Evi Sub Mark D Hitt FCRL 7373
FA Evi Sub Mark D Hitt POULOS 1830
FA IBIS Wk Sh Greg Brate FCRL 7378-7383
FAdp Prelim Exam Diana Pratt FCRL 7392
FAdp Prelim Exam Diana Pratt FCRL 10935-10936
FAdp Prelim Exam Diana Pratt FCRL 12540
FArad Exam Notes Robert A. Dubbert FCRL 12434-12439
FArad Photo Test Fire Mod Robert A. Dubbert 3-9-18 FCRL 12548 – 12551
FArad Rpt Phy Match Robert A. Dubbert FCRL 10906-10907
FArad Wk Sh Robert A. Dubbert 3-9-18 FCRL 12544 – 12547
FArad Work Sheet Robert A. Dubbert FCRL 12541
FAtk Rpt Tracy Konior 21 Jun 2017 FCRL 1449-1450
FAtk Rpt Tracy Konior 21 Jun 2017 FCRL 7376-7377
FAtk Rpt Tracy Konior 21 Jun 2017 FCRL 10912-10913
IPRA Request FCRL 1431-1433
ISP TelCon FCRL 10915
Kahr Arms Parts ID Heather Nichols FCRL 8021-8026
Kahr Arms Photo FCRL 12542 – 12543
Kahr Gun Operating Instructions
LP Rpt Jennifer Barrett FCRL 7369
LP Rpt Jennifer Barrett FCRL 10914
LP Rpt Jennifer Barrett POULOS 2021
LP Rpt Jennifer Barrett RAMSEY 276
LP Wk Sh Jennifer Barrett FCRL 7372
USDC Subpoena FCRL 7401-7405

Crime Scene Video FCRL006993
FCRL 001018-001019 (Watch Incident Log)
FCRL 006932-006936 (Crime Scene Reports)
FCRL 007051 (IPRA's Crime Scene Processing Report
FCRL000081-000089 (Crime Scene Processing Reports-RD #HZ527352)
FCRL000090-000091 (Crime Scene Diagram-RD #HZ527352)
POULOS 001272-001488 (Crime Scene Photos)

Inventory #13808959 (Plastic & Spring)
Inventory #13861374 (Kahr Arms Gun)

Forensic Firearm Report
Lannie G. Emanuel

DEP TRANS - John Poulos Exs.1-2, Errata Sheet & Signature (taken 11.06.18)
IPRA Statement - Poulos, John
PHOTOS - ISP Kahr Arms Robert A. Dubbert
Photos Evi FCRL 007155-007248 (Photos of Evidence Inventory (colored)

EPhoto and Vid from Expert Diaczuk-Harper Evidence photos taken during Inspection - 39 PHOTOS
EPhoto and Vid from Expert Diaczuk-Harper Kahr Exemplar Photos - 52 PHOTOS
EPhoto and Vid from Expert Diaczuk-Harper Ramsey - Expert Photos (Harper) 68 PHOTOGRAPHS
FCRL 7151-7195
FCRL 11843-11903 - ME Photos
FCRL012049-012689 4824-9117-0454 v.2
Still Photos from Expert Experiment [5 stills]- (Harper)

FCRL 11843-11903 - ME Photos 4818-7073-7814 v2
FCRL 050506 (Gun on lap)
FCRL000408-000423 (ME Report-Case #2016-05641) 4839-7189-7751 v1
Lab Report (DAB) - Inventory 13808959
RAD Handwritten Report and Photos
DEP TRANS - Dep of Nitin Naik (Kahr Arms) (Full) - 2019.08.27
TRANS - DEP Peter Diaczuk (PLTF EXP) Exs. 1-5 taken Dec. 18, 2019

Kahr Arms website
Private collection of Kahr Arms literature


**Evidence**

Note: The following list of evidence was derived from the Illinois State police crime laboratory reports submitted for review. The Illinois State Police, Forensic Science Laboratory item numbers are being used when possible for continuity.

1: One Kahr Arms, model CW40, 40 caliber Smith & Wesson semiautomatic pistol, serial #FG4433, from 6510 S. Marshfield front yard bushes
2: One magazine containing three unfired cartridges
3: White envelope containing two unfired cartridges

5: One fired bullet
6: One fired bullet
9: One Magtech 45 Auto fired cartridge case
10: Two Winchester 45 Auto fired cartridge cases
11: One Glock, model 21 Gen 4, 45 Auto semiautomatic pistol, serial #WCX617
12: One magazine
13: One Winchester 45 Auto unfired cartridge

14: Eleven Winchester 45 Auto unfired cartridges

16: One (1) black T-shirt recovered from Kajuan Raye
17: One (1) grey sweatshirt recovered from Kajuan Raye
18: One (1) pair of boxer briefs recovered from Kajuan Raye
19: One (1) pair of black denim pants recovered from Kajuan Raye
20: One (1) grey athletic shoe recovered from Kajuan Raye
21: One (1) pair of white socks recovered from Kajuan Raye
23: Piece of black plastic from inside left breast pocket of Pelle Pelle jacket
24: One small silver colored tension spring from inside the left breast pocket of Pelle Pelle jacket

Unnumbered: One red and black Pelle Pelle jacket

## Matter Not in Dispute

It is not in dispute that on the night of 23 November 2016 in the in the vacant lot at 6507 S. Marshfield Ave., Chicago, Illinois a Police Shooting incident occurred involving Kajuan Raye and Sergeant John Poulos.

## Issues Presented

It was requested to determine if the make and model of the pistol depicted in the "Gun on lap" photograph is consistent with a Kahr Arms CW40 pistol. It was also requested to determine if the side plate and trigger bar spring recovered from the red and black Pelle Pelle jacket could be associated with the Exhibit 1 Kahr Arms pistol.

## Observations, Tests and Results

The "Gun on lap" photograph in question is depicted below. This photograph was examined to determine if any of the items of evidence in this case could be associated with items seen in the photograph.

The first consideration would be to determine the make and model of firearm in the photograph if possible. The most noticeable identifiable feature on the pistol is the logo visible on the right side. This is consistent with the Kahr Arms polymer pistol logo. Certain areas of the "Gun on lap" photograph were enlarged for comparison with photographs obtained from the Kahr arms website and the recovered Item 1 Kahr Arms CW40 pistol.

Forensic Firearm Report
Lannie G. Emanuel



**Photo 1**
**The "Gun on lap" photograph depicting the pistol in question**

Forensic Firearm Report
Lannie G. Emanuel

The following photographs are comparisons of the Kahr Arms logo.



**Photo 3**
**Known Kahr Arms logo from a photograph of a Kahr Arms CW40 (CW4043) pistol downloaded from the Kahr Arms website.**



**Photo 2**
**Enlargement of the logo area of the "Gun on lap" photograph.**



**Photo 4**
**The same logo is also found on the recovered Item 1 Kahr Arms CW40 pistol.**

Forensic Firearm Report
Lannie G. Emanuel

From a study of the Kahr Arms literature and website it was determined that they manufacture pistols with both metal and polymer frames. The pistol in the photograph is consistent with a black textured polymer frame pistol. Based on that information the following models of Kahr Arms pistols can be eliminated. They include the T, K and MK series pistols. These all have stainless steel slide and frame. Pistols manufactured with a black textured polymer frame include the CW, CM, CT, P, PM, TP and S series.

The pistol in the photograph has a smooth slide with the exception of a beveled angle at the muzzle end and top as shown below. It should also be noted that the rear of the slide has a series of eight cuts that produce a finger grip area to assist in the manipulation of the slide.

Kahr Arms pistols manufactured with a slide of this type include the CW, CM and CT series pistols. The P, PM, TP, and S (S and ST models) series have distinctive milling on their slides and can be eliminated as the possible model depicted in the photograph.



Forensic Firearm Report
Lannie G. Emanuel

Here are some examples of the different configurations of Kahr Arms pistols with black textured polymer frames and their slides from their website.



**Photo 5  CM4043**



**Photo 6  CT4043**



**Photo 7  CW4043**



**Photo 8  TP4043**



**Photo 9  PM4043**



**Photo 10  P4043N**

Forensic Firearm Report
Lannie G. Emanuel



**Photo 12  ST9093**



**Photo 11  S9093**

In order to narrow the possible models with the same characteristics of the pistol in the photograph, more physical characteristics were examined on the CW, CM and CT series pistols. It was found that the black textured polymer frame grip area contained a number of nodules or pattern of protrusions on the back and front sides.

Utilizing the Kahr Arms literature and website, data was compiled to use to compare the identified characteristics of the pistol and the photo. That data is recorded in the table below.

| Series | Grip Count Front/Bk | Kahr Models | Black textured polymer frame | Wood grips | Matte stainless steel slide and stainless Frame | Milling on Slide or top | Smooth angle slide | Finger cuts start at T bolt | Finger cuts start at mid plate | Cut angle muzzle end slide | Square Cut muzzle end slide | Cut angle barrel at chamber | Smooth round barrel at chamber |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CW | 9 – 13 | CW 380 | 2 screw side plate | | | | x | 5 | | xR | | x) | |
| | 13 – 16 | CW 9 | x | | | | x | 5 | | xE | | | x |
| | 13 – 16 | CW 40 | x | | | | x | 5 | | xL | | x | |
| | 16 – 21 | CW 45 | x | | | | x | | 6 | xL | | x | |
| CM | 9 – 12 | CM 9 | x Compact | | | | x | 5 | | xE | | x | |
| | 9 – 12 | CM 40 | x Compact | | | | x | 5 | | xR | | x) | |
| | 13 – 15 | CM 45 | x Compact | | | | x | | 6 | xL | | x | |
| CT | 13 – 15 | CT 380 | 2 screw side plate | | | | x | 5 | | xR | | x) | |
| | 18 – 20 | CT 9 | x Full Frame | | | | x | 5 | | xL | | | x |
| | 18 – 20 | CT 40 | x Full Frame | | | | x | 5 | | xR | | x | |
| | 18 – 21 | CT 45 | x Full Frame | | | | x | | 6 | xLL | | x | |
| P | 9 – 13 | P 380 | x | | | xT | | | | | | x) | |
| | 13 – 16 | P 9 | x | | | xT | | 5 | | x | | | x |
| | 13 – 16 | P 40 | x | | | xT | | 5 | | x) | | x | |
| | 16 – 21 | P 45 | x | | | xM | | | 6 | x | | x | |
| PM | 9 – 12 | PM 9 | x | | | xT | | 5 | | x) | | x) | |
| | 10 – 14 | PM 40 | x | | | xT | | | | x | | | |
| | 13 – 15 | PM 45 | x | | Black slide | xM | | | 6 | x) | | x) | |
| TP | 18 – 20 | TP 9 | x Accessory Rail | | | xT | | | | | | | |
| | 18 – 20 | TP 40 | x | | | xT | | | | | | | |
| | 18 – 21 | TP 45 | x & x Accessory Rail | | | xM | | | 6 | xLL | | x | |
| T | | T 9 | | x | x | xT | | | | xLL | | | x |
| | | T 40 | | x | x | xT | | | | xLL | | xR | |
| K | | K 9 | | | x | xT | | | | | x | | |
| | | K 40 | | | x | xT | | | | | x | | |
| MK | | MK 9 | | | x | xT | | | | | | | |
| | | MK 40 | | | x | xT | | | | | | | |
| S | 11 – 14 | S 9 | x Accessory Rail | | | x/// | | 5 | | xE | | | x |
| | 18 – 20 | ST 9 | x Accessory Rail | | | x/// | | 5 | | xR | | | x |

Forensic Firearm Report
Lannie G. Emanuel

Utilizing the photograph of the gun and the Item 1 Kahr Arms CW40 pistol the rows of protrusions were counted. It was determined that they both have 13 on the front and 16 on the back of the grip area of the frame.



**Photo 13**
**"Gun on lap" photograph**



**Photo 14**
**Item 1 Kahr Arms CW40 pistol**

Forensic Firearm Report
Lannie G. Emanuel

With this information the possible pistols with the same characteristics of a 13 – 16 grip count were narrowed to two firearms. The Kahr Arms model CW9 and CW40 both have a grip count of 13 – 16.



**Photo 15**
**Kahr Arms CW9 (CW9093) pistol**



**Photo 16**
**Kahr Arms CW40 (CW4043)**

Forensic Firearm Report
Lannie G. Emanuel

Two identifying characteristics that can be used to distinguish the two models from each other were observed. The first is the shape of the barrel at the chamber and it can be observed through the ejection port. The CW9 has a smooth rounded barrel shape at the chamber and the CW40 has a flat angular shape of the barrel at the chamber. These areas have been marked with a blue oval in the photographs below. The other is at the location of the intersection of the end of the frame just below the tapered angular change of the slide at the muzzle. These areas have been marked with a red oval in the photographs below.



**Photo 17**
"Gun on lap" photo showing the flat angular shape of the barrel
and the offset intersection of the barrel and slide



**Photo 18**
Item 1 photo showing the flat angular shape of the barrel
and the offset intersection of the barrel and slide

Forensic Firearm Report
Lannie G. Emanuel



**Photo 19**
**CW40 (CW4043) photo showing the flat angular shape of the barrel
and the offset intersection of the frame and slide**



**Photo 20**
**CW9 (CW9093) photo showing the smooth rounded shape of the barrel
and the even intersection of the frame and slide**

Forensic Firearm Report
Lannie G. Emanuel

It was also noted that the button on the pants just near the pistol in the photograph is consistent with the True Religion Brand Jeans button found on the Item 19 pair of black denim pants recovered from Kajuan Raye.



**Photo 21**
**Image of the True Religion Brand Jeans button from the "Gun on lap" photograph**



**Photo 22**
**Image of the True Religion Brand Jeans button found on the Item 19 pair of black denim pants recovered from Kajuan Raye**

Page 14 of 20
Case No. 1:2016cv10913

The view of the left shoe depicted in the photograph also has the same general pattern as the Item 20 grey athletic shoe recovered from Kajuan Raye. The Jordan brand shoe recovered from Kajuan Raye was the shoe for the right foot. The photograph of that shoe was reversed or flipped for ease of comparison to the shoe in the "Gun on lap" photograph.



**Photo 24**
**Close-up of shoe depicted in the "Gun on lap" photograph**



**Photo 23**
**Flipped image of the Item 20 grey athletic shoe recovered from Kajuan Raye**

The Item 23 piece of black plastic and Item 24 small silver colored tension spring recovered from inside left breast pocket of the Pelle Pelle jacket were examined. They are consistent with a black plastic side plate and trigger bar spring found in Kahr Arms 40 caliber pistols with black polymer frames.

Forensic Firearm Report
Lannie G. Emanuel



**Photo 26**
Item 23 side plate found inside the left breast pocket of Pelle Pelle jacket



**Photo 25**
Backside of the Item 23 side plate found inside left breast pocket of Pelle Pelle jacket



**Photo 28**
Item 24 trigger bar spring found inside the left breast pocket of Pelle Pelle jacket



**Photo 27**
Item 1 Kahr Arms CW40 pistol with missing side plate and trigger bar spring.



**Photo 29**
Fracture damage located in the area where the trigger bar spring is normally retained

Forensic Firearm Report
Lannie G. Emanuel

Examination of the Item 1 Kahr Arms CW40 pistol revealed a missing trigger bar spring and side plate. The trigger bar appeared to be bent outward slightly with the side plate screw still in place. Microscopic examination of the retaining walls where the trigger bar spring is held in the firearm revealed fracture damage to the polymer. See photo 29 above.

The left grip area below the slide on the Item 1 pistol exhibited damage that corresponds to damage on the left side of the Item 2 magazine. It was reported that the magazine was difficult to remove from the pistol during the initial examination. All of this indicates that the magazine was in the pistol when the damage occurred.



**Photo 30**
**Pistol and magazine damage**



**Photo 31**
**Item 2 magazine body and lip damage**

Forensic Firearm Report
Lannie G. Emanuel

The side plate screw was removed from the pistol and an attempt was made to install the Item 23 side plate. The side plate fit without difficulty and the side plate screw was easily reinstalled. The side plate exhibited a very slight curvature indicating the potential for pressure to have been applied from the backside while secured to the pistol. The side plate retaining screw also appeared to be very deep in the side plate. This could be an indicator of damage to the retaining hole on the side plate.



**Photo 32**
**Item 1 pistol with the Item 23 side plate installed**

During the examination of the Item 1 pistol and magazine several areas of corrosion were found and documented.

 

**Photo 34**          **Photo 33**

Forensic Firearm Report
Lannie G. Emanuel



**Photo 36**



**Photo 35**

## Summary and Conclusions

Review of the submitted reports and documents indicate Sgt. John Poulos fired two shots from his Glock 45 Auto pistol. One 45 caliber bullet, Item 5, was recovered from the pocket of the red and black Pelle Pelle jacket along with the Item 23 black plastic side plate and the Item 24 trigger bar spring. The Item 6 45 caliber bullet was recovered at the scene lodged in a wooden porch at the house next to the vacant lot where the shooting occurred. Both of these bullets were determined to be 45 caliber bullets with eight right polygonal rifling.

The Glock 45 Auto pistol also has class characteristics of eight right with polygonal rifling. The two bullets could not be identified or eliminated as having been fired from the Glock 45 Auto pistol. The two Winchester 45 auto cartridge cases found at the scene were identified as having been fired in the Glock pistol.

The Item 5 bullet did not expand as a designed. It exhibited damage consistent with striking a semi yielding surface like the black textured polymer frame of the Item 1 Kahr Arms pistol. The damage to the pistol is consistent with being struck with a projectile that has lost velocity after traveling through human tissue.

I am in agreement with Mr. Peter Diaczuk's conclusions about the path of the bullet and the damage it produced by striking the Kahr Arms pistol while in the pocket of the Pelle Pelle jacket. I have also concluded that the striker plate in question which is molded with "P 40" on the back is consistent with a striker plate for a Kahr Arms 40 caliber pistol like the CW40. The trigger bar spring is universal to Kahr arms and used in many of their pistols including the CW40.

It was determined that the pistol in question in the "Gun on lap" photograph is consistent with a Kahr Arms CW40 pistol. It was also determined the button on the pants in the photograph have the same markings as the True Religion Brand Jeans recovered from Kajuan Raye. And the shoe

Forensic Firearm Report
Lannie G. Emanuel

shown in the photograph has markings consistent with the Jordan grey athletic shoe recovered from Kajuan Raye.

## Additional Testing

This report may be amended in the event additional review, examination or testing is requested or carried out.

*Lannie G Emanuel*

Lannie G. Emanuel
Forensic Firearm and Toolmark Examiner

### List of Trial and Deposition Testimony for Lannie G. Emanuel

| Case Number | Date | Complainant/Plaintiff/Defendant | | Court | For | |
|---|---|---|---|---|---|---|
| 02-09-00386 | 24-Mar-2014 | Anthony Danko | Hearing | Tarrant County, Texas | Criminal | Defendant |
| 13-03352 | 27-Aug-2014 | Oscar Morales | Trial | Duncan, Oklahoma | Criminal | Defendant |
| 10-cv-1952 | 21-Apr-2015 | Paul Washington, Jr | Deposition | Northern District of Illinois Eastern Division | Civil | Defendant |
| 10-cv-1953 | 28-Mar-2016 | Paul Washington, Jr | Trial | Northern District of Illinois Eastern Division | Civil | Defendant |

### Fee Schedule

Examination and consultation time at an hourly rate of $300.00. The fee for depositions, court testimony, crime scene examination or any travel away from the Dallas area is $300.00 per hour with an eight hour minimum of $2,400.00 per day per examiner plus expenses.