**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Karonisha Ramsey

                        Plaintiff,

v.                                                         Case No.: 1:16−cv−10913
                                                                 Honorable Manish S. Shah

Sgt. John Poulos, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 3, 2020:

      MINUTE entry before the Honorable Manish S. Shah: Jury deliberates. The jury returns a verdict in favor of the defendant as to the excessive force claim, and in favor of the plaintiff as to the battery claim. The jury awards compensatory damages on the battery claim to plaintiff in the amount of $25,000, awards funeral expenses to plaintiff in the amount of $11,586, and awards damages to plaintiff for pecuniary loss in the amount of $1,000,000. Entry of judgment is stayed pending resolution of the Monell Claim. Post−trial motions are due 3/31/20. A status hearing is set for 4/7/20 at 9:30 a.m. Enter jury notes. Enter Court's responsive notes. Enter Verdict Form. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.