IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KARONISHA RAMSEY, on her own Behalf and as Special Administrator of the Estate of KAJUAN RAYE, deceased, <br><br> Plaintiff, <br><br> v. <br><br> SGT. JOHN POULOS, individually, and the CITY OF CHICAGO, a municipal corporation. <br><br> Defendants. | Case No. 16 CV 10913 <br><br> Judge Manish S. Shah <br><br> Magistrate Judge Michael T. Mason <br><br> Jury Demand |

## STIPULATION TO DISMISS *MONELL* CLAIM

It is hereby stipulated and agreed to by Plaintiff Karonisha Ramsey, Defendant City of Chicago, and Defendant John Poulos, through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff hereby dismisses Count VIII of the First Amended Complaint ("*Monell* Claim") with prejudice and with all sides bearing their own fees and costs.

Respectfully submitted,

/s/ Ronak P. Maisuria
Ronak P. Maisuria
Erickson & Oppenheimer, Ltd.
223 W. Jackson Blvd., Ste. 200
Chicago, IL 60606
ronak@eolawus.com
*Attorney for Plaintiff*

/s/ Scott A. Cohen
Scott A. Cohen
City of Chicago Department of Law
30 N. LaSalle St., Ste. 900
Chicago, IL 60602
scott.cohen@cityofchicago.org
*Attorney for Defendant City of Chicago*

/s/ Brian Patrick Gainer
Brian Patrick Gainer
Johnson & Bell, Ltd.
33 W. Monroe St., Ste. 2700
Chicago, IL 60603
gainerb@jbltd.com
*Attorney for Defendant Poulos*