ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Karonisha Ramsey,

Plaintiff,

v.

Sgt. John Poulos and City of Chicago,

Defendants.

Case No. 16-cv-10913
Judge Manish S. Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment in favor of defendant Poulos and against plaintiff on Count 1 (excessive force), judgment in favor of plaintiff and against defendant Poulos on Counts 2 through 5 (state-law battery, wrongful death, survival act, and family expense act) and against defendant City of Chicago on Counts 9 and 10 (indemnification and respondeat superior) in the amount of $1,036,586.00, judgment in favor of defendants and against plaintiff on Counts 6 and 7 (dismissed with prejudice on motion), and dismissal with prejudice of Count 8 (Monell claim) pursuant to stipulation.

---

This action was:

☒ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion, and pursuant to stipulation.

Date:  4/8/2020

Thomas G. Bruton, Clerk of Court

/s/Susan McClintic , Deputy Clerk